IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-03407 |
| WAL-MART STORES TEXAS, LLC., | § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

**JOINT EXPEDITED MOTION TO CANCEL DOCKET CALL SETTING**

Plaintiff Equal Employment Opportunity Commission ("Plaintiff") and Defendant Walmart Stores Texas, LLC ("Defendant") (Plaintiff and Defendant are herein collectively referred to as "the Parties"), and hereby move the Court to cancel the Docket Call Setting of December 10, 2021. In support of this motion, the Parties would show the Court as follows:

1. Through negotiations between them, the Parties have reached terms to resolve this litigation through the entry of a Consent Decree.

2. The Parties have filed a Joint Motion to Enter the Consent Decree with the Consent Decree attached as an exhibit.

3. As a result, the parties no longer desire to try this matter before a jury.

FOR THESE REASONS, Plaintiff and Defendant jointly and respectfully request that the Court to cancel its Docket Call Setting.

Respectfully submitted,

**FOR THE PLAINTIFF:**

Respectfully submitted,

**RUDY SUSTAITA**
Regional Attorney

**KATHY D. BOUCHEE**
Supervisory Trial Attorney

*/s/ Lloyd S. van Oostenrijk*
**LLOYD S. VAN OOSTENRIJK**
Trial Attorney/Attorney-in-Charge
State Bar No. 24056467
Federal ID No. 695844

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
1919 Smith Street, 7th Floor
Houston, Texas 77002
346.327.7718
713.651.7995 (Fax)
lloyd.vanoostenrijk@eeoc.gov
**COUNSEL FOR PLAINTIFF,
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**FOR THE DEFENDANT:**

*/s/ Nancy L. Waters, by permission (lsv)*
**Nancy L. Waters**
Attorney-in-Charge
State Bar No. 00787352
nwaters@gpd.com
**James N. Zoys**

State Bar No. 24028155
jzoys@gpd.com
Geary, Porter & Donovan, P.C.
16475 Dallas Parkway, Suite 400
Addison, Texas 75001-6837
972.931.9901 (Telephone)
972.931.9208 (Telecopier)

**ATTORNEYS FOR DEFENDANT**
**WALMART STORES TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion to Enter Consent Decree has been served on all counsel of record on December 10, 2021, by electronic transmission via the Court's ECF system.

/s/ Lloyd S. van Oostenrijk
Lloyd S. van Oostenrijk